IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

CARMEN WALLACE and
BRODERICK BRYANT, individually
and on behalf of all other similarly
situated individuals,

Plaintiff(s),

v.

GRUBHUB HOLDINGS INC. and
GRUBHUB INC.,

Defendant(s).

Case No. 18 C 4538
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice for lack of venue.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion to compel arbitration and dismiss.

Date: 3/28/2019

Thomas G. Bruton, Clerk of Court

s\Sandra Brooks, Deputy Clerk