# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 4, 2020

Before:    WILLIAM J. BAUER, Circuit Judge
           MICHAEL S. KANNE, Circuit Judge
           AMY C. BARRETT, Circuit Judge

| Nos. 19-1564 & 19-2156 | CARMEN WALLACE, et al., <br>   Plaintiffs - Appellants <br><br> v. <br><br> GRUBHUB HOLDINGS, INC. And GRUBHUB, INC. <br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:18-cv-04538 & 1:16-cv-06720 <br> Northern District of Illinois, Eastern Division <br> District Judges Edmond E. Chang & Charles R. Norgle ||

The judgments of the District Court are **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)